41 A.3d 1287

**Jermaine McBRIDE, Petitioner**

v.

**Judge Rayford MEANS, Christopher Thomas, Director Classification Movement, Lisa Moffa, Supervisor of Inmate Records S.C.I. Smithfield, Respondents.**

**No. 192 EM 2011.**

Supreme Court of Pennsylvania.

April 24, 2012.

***ORDER***

PER CURIAM.

**AND NOW,** this 24th day of April, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.** The Prothonotary is directed to strike the name of the jurist from the caption.